IN THE MATTER OF THE COMMITMENT OF M.M.

October 28, 1987.

This appeal having been certified by the Court, 107 *N.J.* 118 (1987), upon the petition of the Public Advocate seeking review of the unreported final judgment of the Appellate Division dated June 3, 1986;

And the Court having reviewed and considered the briefs and oral argument of the parties and the record below;

And the Court now being satisfied that grounds for certification do not exist under *Rule* 2:12–4 for the reasons that (1) although the trial court opinion failed to make adequate find-

ings or express legal conclusions, the applicable standards relative to danger to self or others are examplified in cases such as *In re S.L.*, 94 *N.J.* 128 (1983), and *State v. Krol*, 68 *N.J.* 236 (1975); (2) a new statute, *L.*1987, *c.* 116, effective November 7, 1988, provides standards regarding danger to self to govern such cases in the near future; (3) although M.M. has suffered her commitment, she will suffer no financial consequence; and, therefore (4) no sufficient reasons for certification remain,

It is ORDERED that certification having been improvidently granted, the within appeal is dismissed.